**Fill in this information to identify the case:**

Debtor name    **Pass Tooling, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __December 27, 2018__    X **/s/ Daniel Alvin Oracz**
                                              Signature of individual signing on behalf of debtor

                                              **Daniel Alvin Oracz**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Pass Tooling, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                                12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................    $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................    $ _____236,158.47

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................    $ _____236,158.47

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ _____0.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................    $ _____0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$ _____376,545.91

4.    Total liabilities ............................................................................................
Lines 2 + 3a + 3b

$ _____376,545.91

| Fill in this information to identify the case: |
| --- |

Debtor name **Pass Tooling, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**      **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Bank of America | Business Economy Checking | 3668 | $3,000.00 |
| 3.2. | Fifth Third Bank | Checking Account | 2796 | $937.96 |
| 3.3. | Chase Bank | Checking Account | | $32,000.00 |

4.     Other cash equivalents *(Identify all)*

5.     **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $35,937.96 |
| --- |

**Part 2:**      **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:**      **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **Pass Tooling, Inc.**
_____    Case number *(If known)* _____
Name

☑ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:        **26,563.16**    -        **0.00** = ....        **$26,563.16**

                     face amount                      doubtful or uncollectible accounts

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$26,563.16**

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** Assortment of sheet metal samples | 11/28/2018 | $100.00 | Liquidation | $70.00 |
| **Punches for Client Siemens:** *All used for Salvagnini Machine (Exhibit A) | 11/28/2018 | $5,616.00 | Liquidation | $3,931.20 |
| **Strippers/Assembly for Client Siemens:** *All used for Salvagnini Machine (Exhibit B) | 11/28/2018 | $838.00 | Liquidation | $622.60 |
| **Dies for Client Siemens:** *All used for Salvagnini Machine (Exhibit C) | 11/28/2018 | $4,537.00 | Liquidation | $3,175.90 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor     **Pass Tooling, Inc.**                                          Case number *(If known)* _____
           Name

| | | | | |
|---|---|---|---|---|
| **Punches/inserts for Client Square D:**<br>***All used for Salvagnini Machine**<br>**(Exhibit D)** | 11/28/2018 | $2,300.00 | Liquidation | $1,350.13 |
| **Dies/Die Shims for Client Square D:**<br>***All used for Salvagnini Machine**<br>**(Exhibit E)** | 11/28/2018 | $1,648.00 | Liquidation | $1,153.60 |
| **Punch Inserts for Client Glastender:**<br>***All used for Salvagnini Machine**<br>**(Exhibit F)** | 11/28/2018 | $537.90 | Liquidation | $376.53 |

23.    **Total of Part 5.**                                                                    | $10,679.96 |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

       ■ No.  Go to Part 7.
       ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

       ☐ No.  Go to Part 8.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture**<br>**(4) Desks with 3-drawer file cabinets on each side** | $916.00 | Liquidation | $641.20 |
|        **(7) Vertical file cabinets (5 drawer)** | $910.00 | Liquidation | $637.00 |

Debtor    **Pass Tooling, Inc.**                                    Case number *(If known)*
Name

| | | | |
|---|---|---|---|
| Horizonal file cabinet (3 drawers) | $300.00 | Liquidation | $210.00 |
| Whirlpool Refridgerator (Full Size) | $150.00 | Liquidation | $105.00 |
| EdenPure Electric Heater | $200.00 | Liquidation | $140.00 |
| Pelonis Electric Oil Heater | $129.00 | Liquidation | $90.30 |
| (2) Heavy Duty Shelve units (5 shelves each) | $200.00 | Liquidation | $140.00 |
| Small table | $25.00 | Liquidation | $17.50 |
| Medium table | $30.00 | Liquidation | $21.00 |

| | | | |
|---|---|---|---|
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Printers:**<br>**HP Color Laser Jet Pro MFP M281cdw**<br>**HP Laser Jet Pro M201dw**<br>**HP Laser Jet Pro M127fw**<br>**HP Mobile Printer, wireless & network ready**<br>**Office Jet H470**<br>**(3) HP 83 Laser Jet ink cartridges**<br>**7 reams of 22lb bright paper (2500 per ream)** | $1,268.50 | Liquidation | $887.95 |

| | | | |
|---|---|---|---|
| **Computers:**<br>**ASU Q552U Laptop**<br>**Gateway GM5420 Desktop computer with keyboard, speakers, & mouse**<br>**(No monitor)**<br>**Gateway GF5408 Desktop computer with keyboard, speakers, & mouse**<br>**(No monitor)** | $1,100.00 | Liquidation | $770.00 |
| Fellowes Paper Shredder DM12Ct | $130.00 | Liquidation | $91.00 |
| Bissell Vacuum (Power force, bagless) | $75.00 | Liquidation | $25.00 |
| Mitutoyo Digimatic Micrometer 1-2"<br>Mitutoyo Absolute Disgimatic 6" caliper | $345.00 | Liquidation | $241.50 |
| (2) Adding Machines (Paper Roll) | $30.00 | Liquidation | $21.00 |
| Electric Pencil Sharpener | $25.00 | Liquidation | $15.00 |
| Small Shipping Scale | $35.00 | Liquidation | $20.00 |

Debtor    **Pass Tooling, Inc.**
          Name                                          Case number *(If known)*

| | | | |
|---|---|---|---|
| Mechanical Mail Scale | $30.00 | Liquidation | $15.00 |
| (144) Coffe Cups- Promotional | $72.00 | Liquidation | $72.00 |
| 1000+ hanging folders | $400.00 | Liquidation | $200.00 |
| (1) Box of plastic shipping banding (9000 feet) with crimping tool | $300.00 | Liquidation | $200.00 |
| 4 hole paper punch (Heavy duty) | $75.00 | Liquidation | $25.00 |
| Paper cutter | $120.00 | Liquidation | $75.00 |
| Assortment of computer software (new and used) | $20.00 | Liquidation | $10.00 |
| RCA 21" TV/DVD/PC Monitor | $150.00 | Liquidation | $75.00 |
| Texas Instrument Calculator (TI-nspire-CAS) | $160.00 | Liquidation | $100.00 |
| (2) small calculators | $30.00 | Liquidation | $20.00 |
| Tensinor banding tool (Heavy Duty) | $229.00 | Liquidation | $135.00 |
| Crimper for plastic banding | $219.00 | Liquidation | $135.00 |
| Misc. office supplies, staples, paper clips, pens, envelopes, etc. | $75.00 | Liquidation | $25.00 |
| (2) Swivel Office Chairs | $50.00 | Liquidation | $30.00 |
| Steelcase sitting chairs | $100.00 | Liquidation | $40.00 |
| Garmin GPS Nuvi 57 (5 Months Old) | $280.00 | Liquidation | $150.00 |
| iPhone | $500.00 | Liquidation | $300.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                    | $5,680.45 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No

Debtor  **Pass Tooling, Inc.**
Name

Case number *(If known)* _____

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2012 Mercedes-Benz C300 4 Matic**<br>**98,800 Miles**<br>**\*Jointly titled: Pass Punch & Die, Inc.**<br>**and Daniel Alvin Oracz**<br>**Value $12,064, Business 100% Owner** | **$12,064.00** | **Comparable sale** | **$10,000.00** |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**Trumpf Machine Dies, Punches & Inserts**<br>**(Exhibit G)** | **$18,822.50** | **Liquidation** | **$12,749.80** |
| **Amada Machine Dies, Punches & Inserts**<br>**(Exhibit H)** | **$11,111.91** | **Liquidation** | **$6,303.13** |
| **Salvagnini Machine Type 3 Samples:**<br>**(Exhibit I)** | **$3,267.00** | **Liquidation** | **$2,286.90** |
| **Salvagnini Machine Type 3 Dies, Punches &**<br>**Inserts**<br>**(Exhibit J)** | **$32,545.88** | **Liquidation** | **$22,782.11** |
| **Amada Machine Samples**<br>**(Exhibit K)** | **$1,532.00** | **Liquidation** | **$1,062.40** |
| **Trumpf Machine Samples**<br>**(Exhibit L)** | **$3,018.00** | **Liquidation** | **$2,112.60** |

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| | |
| --- | --- |
| | **$57,296.94** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Pass Tooling, Inc.**                                          Case number *(If known)* _____
Name

■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
**Carryover Data to 2018**
**Federal Net Positive Ace Adjustment $1685**
**Federal Net Operating Loss $467,541**
**Federal AMT Net Operating Loss $449,578**
**MI Net Operating Loss $132,943**
**(Exhibit M)**                                    Tax year **2017**                              **$0.00**

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Dan Oracz**                                                                                            **$100,000.00**

| Nature of claim | **Claim based on unauthorized employee advance** |
|---|---|
| Amount requested | **$100,000.00** |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,

Debtor    **Pass Tooling, Inc.**
_____
Name

Case number *(If known)* _____

country club membership

| | |
|---|---|
| 78. | **Total of Part 11.** |
| | Add lines 71 through 77. Copy the total to line 90. |

**$100,000.00**

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Pass Tooling, Inc.**                                         Case number *(If known)*  _____
      Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $35,937.96 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $26,563.16 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,679.96 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,680.45 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $57,296.94 | |
| 88. **Real property.** *Copy line 56, Part 9*....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $100,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $236,158.47 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $236,158.47 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Pass Tooling, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name __**Pass Tooling, Inc.**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF MICHIGAN__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | **$120,000.00** |
| | **Hans Jurgen Bauer**<br>**Buchenstrasse 31**<br>**CH9524 Zuzwil**<br>**SG Switzerland** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __2017-__ | Basis for the claim: __Loan__ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |
| **3.2** | Nonpriority creditor's name and mailing address | **$256,545.91** |
| | **Pass Stanztechnik AG**<br>**Post FACH 1260**<br>**Creussen Germany** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __2017-__ | Basis for the claim: __Loan__ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

### Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Pass Stanztechnik AG**<br>**Am Steinkreuz 2**<br>**D-95473 Creussen** | Line __3.2__<br><br>☐ Not listed. Explain ____ | __ |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts | |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **376,545.91** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    49734                    Best Case Bankruptcy

Debtor    **Pass Tooling, Inc.**
Name

Case number (if known) _____

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $ _____ 376,545.91

**Fill in this information to identify the case:**

Debtor name    **Pass Tooling, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name **Pass Tooling, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City          State          Zip Code | | |
| 2.2 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City          State          Zip Code | | |
| 2.3 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City          State          Zip Code | | |
| 2.4 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City          State          Zip Code | | |



**Punches for client Siemens**

| P/N | QTY | DESCRIPTION | LIST EACH | TOTAL LIST | QUICK SALE |
|---|---|---|---|---|---|
| 505908-1 | 1 | SPECIAL SF16, .250" x 3.500", INDEXED AT 0 | $1,495.00 | $1,495.00 | $1,046.50 |
| 505909-1 | 2 | SPECIAL SF16, .250" x 3.500" | $1,490.00 | $2,980.00 | $2,086.00 |
| 201L703 | 1 | RECTANGLE, .125" X 2.750" rooftop shear | $240.00 | $240.00 | $168.00 |
| 2013103 | 1 | RECTANGLE .375" X .950" ROOFTOP SHEAR | $145.00 | $145.00 | $101.50 |
| 201L703 | 2 | RECTANGLE .125" X 2.750" ROOFTOP | $378.00 | $756.00 | $529.20 |
| | | | TOTAL | $5,616.00 | $3,931.20 |

EXHIBIT  B

**Strippers/Assembly for client Siemens**

| P/N | QTY | DESCRIPTION | LIST EACH | TOTAL LIST | QUICK SALE |
|---|---|---|---|---|---|
| 2015502 | 1 | .406" SQUARE | $370.00 | $370.00 | $295.00 |
| 505909-2 | 1 | SPECIAL SF16, .250" x 3.500", +CLR; INDEXED AT 0 | $234.00 | $234.00 | $163.80 |
| 505909-2 | 1 | SPECIAL SF16, .250" x 3.500", +CLR; INDEXED AT 90 | $234.00 | $234.00 | $163.80 |
| | | | TOTAL | $838.00 | $622.60 |



EXHIBIT C

**Dies for client Siemens**

| P/N | QTY | DESCRIPTION | LIST EACH | TOTAL LIST | QUICK SALE |
|---|---|---|---|---|---|
| 505909-3 | 1 | SPECIAL SF-16, .250" x 3.500", +.020", INDEXED AT 90 | $620.00 | $620.00 | $434.00 |
| 206L703 | 1 | RECTANGLE, .145" x 2.770", INDEXED AT 90 slug trap | $384.00 | $384.00 | $268.80 |
| 206L703 | 1 | RECTANGLE, .145" x 2.770", INDEXED AT 0 slug trap | $384.00 | $384.00 | $268.80 |
| 505908-3 | 1 | SPECIAL SHAPE SF16 +.014" CL | $540.00 | $540.00 | $378.00 |
| 505908-3 | 1 | SPECIAL SHAPE SF16 +.020" CL | $540.00 | $540.00 | $378.00 |
| 206L602 | 1 | 2.000" SQUARE DIE WITH .014" CLEARANCE slug trap | $342.00 | $342.00 | $239.40 |
| 508018-9 | 1 | reinforced 8-station cluster +.014" clr | $1,225.00 | $1,225.00 | $857.50 |
| 206L703 | 1 | RECTANGLE, .125" x 2.790", +.014" CLR slug trap | $384.00 | $384.00 | $268.80 |
| 2063103 | 1 | RECTANGLE .375" X .950" +.020" Clr. Slug trap | $118.00 | $118.00 | $82.60 |
| | | | TOTAL | $4,537.00 | $3,175.90 |

EXHIBIT

D

**Punches/Inserts for client Square D**

| P/N | QTY | DESCRIPTION | List Price | LIST TOTAL | Quick Sale |
|---|---|---|---|---|---|
| 512287-P | 4 | .300" X 2.000" RECTANGLE FOR PASS SPECIAL 60mm HOLDER 512287 (TICN) | $285.00 | $1,140.00 | $781.51 |
| 201L602 | 2 | 2" SQUARE WITH SPECIAL 150mm DOUBLE RADIUS SHEAR | $220.00 | $440.00 | $257.82 |
| 207P7B02 | 6 | P7 PUNCH INSERT, SQUARE .650", DOUBLE GRIND R40 RADIUS SHEAR. | $120.00 | $720.00 | $310.80 |
| | | | Total | $2,300.00 | $1,350.13 |



EXHIBIT

E

## Dies/Die Shims for client Square D

| P/N | QTY | DESCRIPTION | LIST PRICE | LIST TOTAL | QUICK SALE |
|---|---|---|---|---|---|
| 203A35 | 20 | 0.5mm (.020") DIE SHIMS FOR 33MM STATION | $2.00 | $40.00 | $28.00 |
| 203A33 | 20 | 0.3mm (.0118") DIE SHIMS FOR 33MM STATION | $2.00 | $40.00 | $28.00 |
| 2063102 | 6 | .650" SQUARE DIE; +.016" CLEARANCE; SLUG-TRAP | $118.00 | $708.00 | $495.60 |
| 206L103 | 4 | .300" X 2.000" RECTANGLE DIE =.016" CLR; WITH SLUG TRAP | $215.00 | $860.00 | $602.00 |
| | | | Total | $1,648.00 | $1,153.60 |



**Punch Inserts for Client Glastender**

| P/N 1/06 | QTY | DESCRIPTION | Cost | TOTALS | QUICK SALE |
|---|---|---|---|---|---|
| 207P7B03 | 2 | .250" x .875" | $89.65 | $179.30 | $125.51 |
| 207P7B03U | 4 | .125" X 1.000" | $89.65 | $358.60 | $251.02 |
| | | | Total | $537.90 | $376.53 |
| | | | | | |

## Trumpf Machine Dies, Punches & Inserts

| P/N | QTY | DESCRIPTION | LIST PRICE | LIST TOTAL | Quick Sale cost each | Quick Sale Total |
|---|---|---|---|---|---|---|
| 11AS01 | 15 | 0.1MM SHIM FOR SIZE I DIES | $1.50 | $22.50 | $1.00 | $15.00 |
| 11AS03 | 15 | 0.3MM SHIM FOR SIZE I DIE | $1.50 | $22.50 | $1.00 | $15.00 |
| 11AS05 | 15 | 0.5MM SHIM FOR SIZE I DIE | $1.50 | $22.50 | $1.00 | $15.00 |
| 12AS01 | 17 | 0.1mm SHIM FOR SIZE II DIE | $1.50 | $25.20 | $1.00 | $17.00 |
| 12AS03 | 16 | 0.3mm SHIM FOR SIZE II DIE | $1.50 | $24.00 | $1.00 | $16.00 |
| 12AS05 | 14 | 0.5mm SHIM FOR SIZE II DIE | $1.50 | $21.00 | $1.00 | $14.00 |
| 120210 | 7 | DIE ADAPTER SIZE II/1 | $140.00 | $980.00 | $93.33 | $653.33 |
| 1S0702 | 2 | 12mm ROUND NIBBLER PUNCHES | $24.00 | $48.00 | $16.00 | $32.00 |
| 118101 | 7 | ADJUSTING RING FOR AUTOMATIC MACH. SIZE 1 | $111.00 | $777.00 | $74.00 | $518.00 |
| 118201 | 3 | ADJUSTING RING FOR AUTOMATIC MACH. SIZE 2,3 | $70.00 | $210.00 | $46.67 | $140.00 |
| 118102 | 5 | ADJUSTING RING FOR AUTOMATIC MACH. SIZE 1 | $70.00 | $350.00 | $46.67 | $233.33 |
| 118202 | 4 | ADJUSTING RING FOR MANUAL MACH. SIZE 2,3 | $95.00 | $380.00 | $63.33 | $253.33 |
| 118V01 | 1 | ADJUSTING RING FOR REINFORCED PUNCHES SIZE I | $107.00 | $107.00 | $71.33 | $71.33 |
| 106213 | 1 | RETANGLE DIE 1.000" X 2.250" +.055" CL. | $132.00 | $132.00 | $88.00 | $88.00 |
| 106213 | 1 | BLANK SIZE II DIE NO START HOLE | $55.00 | $55.00 | $36.67 | $36.67 |
| 106111 | 1 | 1.006 ROUND DIE | $37.00 | $37.00 | $24.67 | $24.67 |
| 106112 | 1 | .402" SQUARE DIE | $66.00 | $66.00 | $44.00 | $44.00 |
| 106112 | 1 | .500 SIZE 1 DIE | $64.00 | $64.00 | $42.67 | $42.67 |
| 106113 | 1 | .290" X .125" RECTANGLE DIE | $80.00 | $80.00 | $53.33 | $53.33 |
| 106113 | 1 | .193 X .506 RECTANAGLE DIE | $80.00 | $80.00 | $53.33 | $53.33 |
| 106213 | 1 | .500" x 1.000" +.055" RECTANGLE DIE | $132.00 | $132.00 | $88.00 | $88.00 |
| 106213 | 1 | .250" x .500" +.055" RECTANGLE DIE | $132.00 | $132.00 | $88.00 | $88.00 |
| 106213 | 2 | .250" x .500" +.024" RECTANGLE DIE | $132.00 | $264.00 | $88.00 | $176.00 |
| 106213 | 1 | .363 X 2.506 RECTANGLE DIE | $132.00 | $132.00 | $88.00 | $88.00 |
| 106213 | 1 | RECTANGLE DIE INDEXED ONLY AT 90 DEGREES | $132.00 | $132.00 | $88.00 | $88.00 |
| 106213 | 1 | RECTANGLE DIE INDEXED ONLY AT 90 DEGREES | $132.00 | $132.00 | $88.00 | $88.00 |
| 106213 | 1 | RECTANGLE DIE INDEXED AT 0 AND 90 DEGREES | $132.00 | $132.00 | $88.00 | $88.00 |
| 106213 | 1 | RECTANGLE DIE INDEXED AT 0 AND 90 DEGREES | $132.00 | $132.00 | $88.00 | $88.00 |
| 106213 | 1 | 1.000" X 2.500" RECTANGLE DIE +.015" CLEARANCE | $132.00 | $132.00 | $88.00 | $88.00 |
| 106214 | 1 | 1.000" x 1.750" OBROUND, +.010" CLR | $133.00 | $133.00 | $88.67 | $88.67 |
| 109112 | 1 | .511 SQUARE DIE | $71.00 | $71.00 | $47.33 | $47.33 |
| DIE-1T | 2 | BLANK SIZE 1 DIE, NO START HOLE. | $25.00 | $50.00 | $16.67 | $33.33 |
| 1S092A | 1 | PRICK PUNCH MARKING TOOL SHEET THICKNESS .040"-.177" | $122.00 | $122.00 | $81.33 | $81.33 |
| 514466 | 1 | SPECIAL MARKING INSERT (WASHINGTON METAL FAB) | $100.00 | $100.00 | $66.67 | $66.67 |
|  | 6 | (2) OF EACH M, U, L MARKING INSERTS (DENNIS FILGES) | $15.00 | $90.00 | $15.28 | $91.68 |

EXHIBIT G

| P/N | QTY | DESCRIPTION | LIST PRICE | LIST TOTAL | Quick Sale cost each | Quick Sale Total |
|---|---|---|---|---|---|---|
| 101114 | 1 | .075" X .125" OBROUND | $76.00 | $76.00 | $50.67 | $50.67 |
| 101201 | 1 | 1.708" RD. DIE SIZE 2 | $68.00 | $68.00 | $45.33 | $45.33 |
| 101203 | 1 | 1.000" X 2.500" RECTANGLE PUNCH | $164.00 | $164.00 | $109.33 | $109.33 |
| 101204 | 1 | 1.000" x 1.750" OBROUND, FLAT (NO SHEAR) | $161.00 | $161.00 | $107.33 | $107.33 |
| 102203 | 1 | .187 X 2.750 RECTANGLE PUNCH | $164.00 | $164.00 | $109.33 | $109.33 |
| 102203 | 2 | PUNCH .125" X 2.900" WISPER SHEAR (WT) | $176.00 | $352.00 | $117.33 | $234.67 |
| 102203 | 2 | .200" X 2.000" REC. ROOF TOP SHEAR | $142.00 | $284.00 | $94.67 | $189.33 |
| 119B01 | 3 | PUNCH CHUCK FOR 10.5mm SHANK INSERTS .414" MAX | $72.00 | $216.00 | $48.00 | $144.00 |
| 119A01 | 3 | PUNCH CHUCK FOR 6mm SHANK INSERTS UP TO .236" MAX | $75.00 | $225.00 | $50.00 | $150.00 |
| 107A01 | 1 | .062" ROUND PUNCH INSERT WITH 6mm SHANK | $12.00 | $12.00 | $8.00 | $8.00 |
| 107A01 | 6 | .100" ROUND PUNCH INSERT WITH 6mm SHANK | $12.00 | $72.00 | $8.00 | $48.00 |
| 107A01 | 2 | .101" ROUND PUNCH INSERT WITH 6mm SHANK | $12.00 | $24.00 | $8.00 | $16.00 |
| 107A01 | 1 | .111" ROUND PUNCH INSERT WITH 6mm SHANK | $12.00 | $12.00 | $8.00 | $8.00 |
| 107A01 | 1 | .136" ROUND PUNCH INSERT WITH 6mm SHANK | $12.00 | $12.00 | $8.00 | $8.00 |
| 107A01 | 1 | .125" ROUND PUNCH INSERT WITH 6mm SHANK | $12.00 | $12.00 | $8.00 | $8.00 |
| 107A01 | 2 | .136" ROUND PUNCH INSERT WITH 6mm SHANK | $12.00 | $24.00 | $8.00 | $16.00 |
| 107A01 | 1 | .150" ROUND PUNCH INSERT WITH 6mm SHANK | $12.00 | $12.00 | $8.00 | $8.00 |
| 107A01 | 1 | .159" ROUND PUNCH INSERT WITH 6mm SHANK | $12.00 | $12.00 | $8.00 | $8.00 |
| 107A01 | 1 | .177" ROUND PUNCH INSERT WITH 6mm SHANK | $12.00 | $12.00 | $8.00 | $8.00 |
| 107A01 | 1 | .182" ROUND PUNCH INSERT WITH 6mm SHANK | $12.00 | $12.00 | $8.00 | $8.00 |
| 107A01 | 1 | .187" ROUND PUNCH INSERT WITH 6mm SHANK | $12.00 | $12.00 | $8.00 | $8.00 |
| 107A01 | 2 | .201" ROUND PUNCH INSERT WITH 10.5mm SHANK | $14.00 | $28.00 | $9.33 | $18.67 |
| 107A01 | 1 | .213" ROUND PUNCH INSERT WITH 10.5mm SHANK | $14.00 | $14.00 | $9.33 | $9.33 |
| 107A01 | 1 | .213" ROUND PUNCH INSERT WITH 10.5mm SHANK | $14.00 | $14.00 | $9.33 | $9.33 |
| 107A01 | 1 | .228" ROUND PUNCH INSERT WITH 10.5mm SHANK | $14.00 | $14.00 | $9.33 | $9.33 |
| 107B01 | 2 | .250" ROUND PUNCH INSERT WITH 10.5mm SHANK | $14.00 | $28.00 | $9.33 | $18.67 |
| 107B01 | 1 | .257" ROUND PUNCH INSERT WITH 10.5mm SHANK | $14.00 | $14.00 | $9.33 | $9.33 |
| 107B01 | 1 | .266" ROUND PUNCH INSERT WITH 10.5mm SHANK | $14.00 | $14.00 | $9.33 | $9.33 |
| 107B01 | 1 | .272" ROUND PUNCH INSERT WITH 10.5mm SHANK | $14.00 | $14.00 | $9.33 | $9.33 |
| 107B01 | 2 | .312" ROUND PUNCH INSERT WITH 10.5mm SHANK | $14.00 | $28.00 | $9.33 | $18.67 |
| 107B01 | 1 | .332" ROUND PUNCH INSERT WITH 10.5mm SHANK | $14.00 | $14.00 | $9.33 | $9.33 |
| 107B01 | 2 | .375" ROUND PUNCH INSERT WITH 10.5mm SHANK | $14.00 | $28.00 | $9.33 | $18.67 |
| 107B01 | 1 | .368" ROUND PUNCH INSERT WITH 10.5mm SHANK | $14.00 | $14.00 | $9.33 | $9.33 |
| 107B01 | 1 | .391" ROUND PUNCH INSERT WITH 10.5mm SHANK | $14.00 | $14.00 | $9.33 | $9.33 |
| 107B01 | 1 | .397" ROUND PUNCH INSERT WITH 10.5mm SHANK | $14.00 | $14.00 | $9.33 | $9.33 |
| 1S1730-S | 1 | SHIM SET FOR INSERT SLITTING PLATE | $25.00 | $25.00 | $16.67 | $16.67 |

| P/N | QTY | DESCRIPTION | LIST PRICE | LIST TOTAL | Quick Sale cost each | Quick Sale Total |
|---|---|---|---|---|---|---|
| 110211 | 1 | 1.102" STRIPPER | $29.00 | $29.00 | $19.33 | $19.33 |
| 110212 | 2 | .539 " ROUND STRIPPER | $29.00 | $58.00 | $19.33 | $38.67 |
| 110212 | 1 | 0.472" SQUARE STRIPPER | $50.00 | $50.00 | $33.33 | $33.33 |
| 110214 | 1 | 1.000" x 1.750" OBROUND + .039" CLR | $72.00 | $72.00 | $48.00 | $48.00 |
| 112113 | 1 | 1.040" x 2.540" RECTANGLE STRIPPER | $72.00 | $72.00 | $48.00 | $48.00 |
| 112113 | 2 | RECTANGLE STRIPPER .125" X 2.900" + .040" CLEARANCE | $72.00 | $144.00 | $48.00 | $96.00 |
| PINS | 39 | STRIPPER PINS | $0.20 | $7.80 | $0.13 | $5.20 |
| STRIPPER | 1 | NO START HOLE BLANK STRIPPER MACH. GROUP H | $22.00 | $22.00 | $14.67 | $14.67 |
| STRIPPER | 2 | W/ START HOLE BLANK STRIPPER MACH. GROUP H | $29.00 | $58.00 | $19.33 | $38.67 |
| | | BOSCHERT 120326 W/LEVER | | | | |
| C100107 | 1 | USED FOR SPECIAL TOOLS UPPER PART REF. DRAWINGS | $80.00 | $80.00 | $51.95 | $51.95 |
| 1S17412G | 2 | DIE PLATE FOR SLITTING TOOL DIE | $54.00 | $108.00 | $36.00 | $36.00 |
| PASS-POSITi | 1 | COMPLETE TOOL PASS-POSITION TOOL | $99.00 | $198.00 | $66.00 | $132.00 |
| POSITION-TC | 2 | REPLACEMENT SPRING FOR PASS-POSITION TOOL | $1,640.00 | $1,640.00 | $1,093.33 | $1,093.33 |
| POSITION-TC | 3 | REPLACEMENT INSERT FOR PASS-POSITION TOOL | $13.00 | $26.00 | $8.67 | $17.33 |
| 106114 | 1 | .218" X .750" + .013" CLEARACNE | $149.00 | $447.00 | $99.33 | $298.00 |
| 106114 | 2 | .218" X .750" + .016" CLEARACNE | $80.00 | $80.00 | $53.33 | $53.33 |
| 106114 | 1 | .218" X .750" + .027" CLEARACNE | $80.00 | $160.00 | $53.33 | $106.67 |
| 106114 | 1 | .218" X .500" + .027" CLEARACNE | $80.00 | $80.00 | $53.33 | $53.33 |
| 106114 | 1 | .218" X .500" + .013" CLEARACNE | $80.00 | $80.00 | $53.33 | $53.33 |
| 106114 | 1 | .574" X .750" + .016" CLEARACNE | $80.00 | $80.00 | $53.33 | $53.33 |
| 102114 | 1 | .218" X .750" ROOFTOP SHEAR | $80.00 | $80.00 | $53.33 | $53.33 |
| 102114 | 1 | .218" X .750" ROOFTOP SHEAR | $73.00 | $73.00 | $48.67 | $48.67 |
| 102114 | 1 | .218" X .500" ROOFTOP SHEAR | $73.00 | $73.00 | $48.67 | $48.67 |
| Z.Nr. 527586 | 1 | Used chamfer tool form down | $575.00 | $575.00 | $383.33 | $383.33 |
| 102203 | 8 | .200" X 2.800" REC. ROOF TOP SHEAR | $142.00 | $1,136.00 | $110.50 | $884.00 |
| 106213 | 6 | .200" X 2.800" + .012" CLEARANCE KEYED ONE WAY | $132.00 | $792.00 | $85.39 | $512.34 |
| 106213 | 6 | .200" X 2.800" + .020" CLEARANCE KEYED ONE WAY | $132.00 | $792.00 | $85.39 | $512.34 |
| 106213 | 6 | .200" X 2.800" + .028" CLEARANCE KEYED ONE WAY | $132.00 | $792.00 | $85.39 | $512.34 |
| Z.Nr. 526543- | 1 | SF14, RADIUS TOOL, a=3.18mm, b=9.53, r=6.35 | $161.00 | $161.00 | $161.00 | $161.00 |
| Z.Nr. 526543-2 | 1 | SF14, SIZE II, .045" CLR., 1mm | $72.00 | $72.00 | $72.00 | $72.00 |
| PIVOT-T | 1 | PIVOT TOOL | $2,850.00 | $2,850.00 | $1,808.00 | $1,808.00 |
| 530442 | 3 | SPECIAL SHAPE SAMPLE WITH PASS FIT | $154.00 | $462.00 | $120.54 | $361.62 |
| | | | | $18,822.50 | | $12,749.80 |



EXHIBIT

H

Amada Machine Dies, Punches & Inserts

| P/N | QTY | DESCRIPTION | COST TOTAL | QUICK SALE |
|-----|-----|-------------|------------|------------|
| BOLT | 5 | BOLT USED TO MOUNT PUNCH INSERT TO PUNCH HEA | $7.14 | $2.14 |
| BOLT | 5 | ONLY USE FOR ARIES 222 SHORT TOOL SYS. MOUNTIN | $7.14 | $2.14 |
| 496652 | 1 | STATION C DOUBLE BRIDGING TOOL - DIE | $1,071.43 | $321.43 |
| 422B04 | 1 | 6 X 30 STATION B OBROUND PUNCH | $77.14 | $23.14 |
| 441B04 | 1 | 6 X 30 STATION B OBROUND DIE +4MM CL | $60.71 | $18.21 |
| 412A03 | 1 | 2.5 X 10 STATION A RECTANGLE PUNCH | $189.29 | $56.79 |
| 402BA03 | 1 | 5 X 30 STATION B RECTANGLE PUNCH/DIE | $242.86 | $72.86 |
| 498B00 | 3 | "ALPHA" STATION B HEAD | $300.00 | $90.00 |
| 441B02 | 1 | "ALPHA" STATION B SQUARE 20 DIE +.2MM | $77.14 | $23.14 |
| 499C01 | 1 | 13 X 45 STATION C RECTANGLE PUNCH | $685.71 | $205.71 |
| 411C03 | 1 | 13 X 45 STATION C RECTANGLE DIE .016" | $154.29 | $46.29 |
| 498A00 | 2 | COMPLETE ALPHA SYS. HEAD ONLY | $187.14 | $56.14 |
| 422B03 | 1 | .250" X 1.000" COMPLET ALPHA (OLD) PUNCH ASSY. | $250.71 | $75.21 |
|  | 1 | .75" DIA +.008" | $46.27 | $13.88 |
| 451B00 | 1 | BLANK DIE FOR PASS-POSITION TOOL | $20.46 | $6.14 |
| 451C00 | 1 | BLANK DIE FOR PASS-POSITION TOOL | $20.46 | $6.14 |
| 412A04 | 1 | .197" X .492" PUNCH ASSY. | $160.00 | $48.00 |
| 498BA1 | 1 | .750" DIA. ALPHA ASSY W/O GUIDE | $126.34 | $37.90 |
| 498BA3 | 1 | .250" X 1.000" COMPLET ALPHA PUNCH ASSY. | $381.00 | $266.00 |
| 431B02 | 1 | 20mm (.787") SQ. GUIDE | $81.86 | $57.30 |
| 431B03 | 1 | .5 X 30 RECT. GUIDE STA. B | $81.86 | $57.30 |
| 519310-1 | 1 | SPECIAL EDM SHAPE COMPLETE ASSY. | $314.00 | $219.00 |
| 431B00 | 1 | GUIDE W/REPLACEABLE STRIPPER | $81.86 | $57.30 |
| 499C01 | 2 | HEAD & GUIDE ASSY STA. C | $1,165.54 | $815.88 |
| 451B03 | 1 | DIE .250" X 1.000" + .010" CL. | $43.60 | $30.52 |
| 451B03 | 1 | DIE .250" X 1.000" + .025" CL. | $43.60 | $30.52 |
| 422A03 | 1 | 4mm X 10mm RECT. PUNCH BODY | $52.49 | $36.74 |
| 431B03 | 1 | .197" X 1.181" RECT. GUIDE | $81.86 | $57.30 |
|  |  | PASS CLEAN CUT TOOL | $5,100.00 | $3,570.00 |
|  |  |  | $11,111.91 | $6,303.13 |



## Salvagnini Machine Type 3 Samples

| P/N | TOOL DESCRIPTION | LIST PRICE EA. | QUICK SALE |
|---|---|---|---|
| S3P1F2 | P1 PUNCH CHUCK | $151.00 | $105.70 |
| S3P1D2 | .315" P1 PUCH INSERT | $18.00 | $12.60 |
| S3P2F1 | P2 PUNCH CHUCK | $209.00 | $146.30 |
| S3P2R1 | P2 PUNCH INSERT | $94.00 | $65.80 |
| S3P301 | P3 PUNCH ASSY. .057" | $267.00 | $186.90 |
| S3P4F1 | .062" P4 PUNCH ASSY. | $275.00 | $192.50 |
| S3P4D1 | .059" P4 PUNCH INSERT | $16.00 | $11.20 |
| S3P4D1 | .157" P4 PUNCH INSERT | $16.00 | $11.20 |
| S3P4D2 | .276" P4 PUNCH INSERT | $18.00 | $12.60 |
| S3P5F1 | .315" P5 PUNCH ASSY. | $271.00 | $189.70 |
| S3P5D1 | .315" P5 PUNCH INSERT | $27.00 | $18.90 |
| S3P2F1 | .197" X .472" P2 PUNCH INSERT | $94.00 | $65.80 |
| S3P2L3 | .094"X1.000" P2 PUNCH INSERT | $120.00 | $84.00 |
| S3P6F1 | .157"X.315" P6 PUNCH ASSY. | $301.00 | $210.70 |
| S3P6R1 | .157"X.315" P6 PUNCH INSERT | $76.00 | $53.20 |
| S3P7FL1 | .236"X.787" P7 PUNCH ASSY. | $370.00 | $259.00 |
| S3P7L1 | .236"X.787" P7 PUNCH INSERT | $90.00 | $63.00 |
| S3P7R1 | .236"X.787" P7 PUNCH INSERT | $90.00 | $63.00 |
| S3S516 | .196"X1.274" SF16 PUNCH | $347.00 | $242.90 |
| S3M516 | .196"X1.274" +.008" CL DIE | $143.00 | $100.10 |
| S3M2D1 | .323" DIE | $85.00 | $59.50 |
| S3M4L1 | .224"X.795" DIE | $98.00 | $68.60 |
| S3M3R1 | .205"X480" DIE | $91.00 | $63.70 |
| | | $3,267.00 | $2,286.90 |

EXHIBIT
J

## Salvagnini Machine Type 3 Dies, Punches & Inserts

| P/N 1/06 | QTY | DESCRIPTION | Cost Each | Cost Totals | Quick Sale |
|---|---|---|---|---|---|
| 207P2A1 | 4 | Ø .109" | $23.55 | $94.18 | $65.93 |
| 207P1B1 | 1 | Ø 8.1mm | $10.93 | $10.93 | $7.65 |
| 207P2B04 | 1 | .312" x .500" | $50.45 | $50.45 | $35.32 |
| 2013104 | 1 | .500" x .625" | $121.93 | $121.93 | $85.35 |
| 207P2B02 | 1 | .825" | $50.45 | $50.45 | $35.32 |
| 207P2B03 | 4 | .094" x .313" | $50.45 | $201.82 | $141.27 |
| 219441 | 1 | used for P2 punch inserts | $119.41 | $119.41 | $83.59 |
| 207P4A1 | 5 | Ø .100" | $9.25 | $46.25 | $32.37 |
| 201311 | 1 | Ø 1.220" | $105.11 | $105.11 | $73.58 |
| 206L304 | 1 | 10.3 x 50.3 mm | $127.82 | $127.82 | $89.47 |
| 210L304 | 1 | 11 x 50 mm | $53.82 | $53.82 | $37.67 |
| 206301 | 1 | Ø .281" | $42.89 | $42.89 | $30.02 |
| 2063104 | 2 | .312" x .500" | $74.00 | $148.00 | $103.60 |
| 200L81 | 1 | mounts on top of punch | $218.64 | $218.64 | $153.04 |
| 200L71 | 1 | mounts on top of punch | $273.29 | $273.29 | $191.31 |
| 207P6A03 | 2 | .064" x .250" | $42.05 | $84.09 | $58.86 |
| 210L102 | 1 | .919" | $134.54 | $134.54 | $94.18 |
| 2W5L0E2 | 1 | Znr. 508107 | $585.27 | $585.27 | $409.69 |
| 2103103 | 2 | .201" x .502" | $32.80 | $65.59 | $45.91 |
| 2103103 | 2 | .133" x .540 | $32.80 | $65.59 | $45.91 |
| 2063102 | 1 | .750" | $74.00 | $74.00 | $51.80 |
| 207P2A1 | 1 | Ø .100" | $23.55 | $23.55 | $16.48 |
| 207P2A02 | 1 | .394" | $48.77 | $48.77 | $34.14 |
| 207P2A04 | 1 | .394" x .591" | $48.77 | $48.77 | $34.14 |
| 219401 | 1 | used for P1 inserts | $97.55 | $97.55 | $68.28 |
| 207P1A1 | 2 | used in P1 punch chucks | $9.25 | $18.50 | $12.95 |
| 2013103 | 1 | 1.7 x 6.2 mm | $117.73 | $117.73 | $82.41 |
| 2063001 | 1 | .750" | $32.80 | $32.80 | $22.96 |
| 2W1L91 | 1 | Ø 2.500" | $734.95 | $734.95 | $514.47 |
| 201L803 | 1 | .750" x 1.171" | $184.16 | $184.16 | $128.91 |
| 201L11 | 1 | Ø 1.000" | $131.18 | $131.18 | $91.83 |
| 201L103 | 1 | .250" x 1.000" | $134.54 | $134.54 | $94.18 |
| 201L11 | 1 | Ø .875" | $131.18 | $131.18 | $91.83 |
| 201L103 | 1 | .437" x .750" | $134.54 | $134.54 | $94.18 |
| 201301 | 6 | Ø .136" | $95.86 | $575.18 | $402.63 |
| 201L703 | 1 | .125" x 3.00" | $207.70 | $207.70 | $145.39 |

| Part | Qty | Description | | | |
|---|---|---|---|---|---|
| 2063104 | 2 | .124" x 1.294" | $74.00 | $148.00 | $103.60 |
| 206L61 | 1 | Ø 1.250" | $238.82 | $238.82 | $167.17 |
| 206301 | 2 | Ø .322" | $42.89 | $85.77 | $60.04 |
| 206311 | 1 | Ø 1.190" | $73.16 | $73.16 | $51.21 |
| 206I703 | 1 | .125"x3.0",.020"clr,slgtrp,index @ 0 | $273.29 | $273.29 | $191.31 |
| 2013102 | 2 | .500" | $121.93 | $243.86 | $170.70 |
| 207P2A02 | 2 | .250" | $48.77 | $97.55 | $68.28 |
| 201L603 | 1 | .737" x .1.156" .118 Radius | $184.16 | $184.16 | $128.91 |
| 2103102 | 1 | .540" | $32.80 | $32.80 | $22.96 |
| 2103102 | 1 | .539" | $32.80 | $32.80 | $22.96 |
| 2063102 | 1 | .506" | $74.00 | $74.00 | $51.80 |
| 2063102 | 1 | .507" | $74.00 | $74.00 | $51.80 |
| 2063102 | 1 | .511" | $74.00 | $74.00 | $51.80 |
| 2012002 | 1 | .125" x .750" | $94.18 | $94.18 | $65.93 |
| 207P2A02 | 1 | .500" | $48.77 | $48.77 | $34.14 |
| 201L91 | 2 | 1.904 | $220.32 | $440.63 | $308.44 |
| SXM8 | 8 | M8 x | $1.68 | $13.45 | $9.42 |
| 201L002 | 1 | 1.000" x 1.250" | $142.95 | $142.95 | $100.07 |
| 201L002 | 1 | .125" x 1.500" | $142.95 | $142.95 | $100.07 |
| 2063102 | 12 | .625" | $74.00 | $888.00 | $621.60 |
| 207P7B02 | 10 | .625" | $74.00 | $740.00 | $518.00 |
| 207P7B03 | 1 | .312" x 0.5" | $74.00 | $74.00 | $51.80 |
| 2063103 | 2 | .312" x .500" | $74.00 | $148.00 | $103.60 |
| 206311 | 1 | .193" | $73.16 | $73.16 | $51.21 |
| 2015504 | 1 | .312" x .500" | $200.14 | $200.14 | $140.09 |
| 201551 | 2 | Ø .193" | $169.86 | $339.73 | $237.81 |
| 207P7B04 | 1 | .312" x .500" | $74.00 | $74.00 | $51.80 |
| 2W13104 | 1 | .438" x .750" | $228.73 | $228.73 | $160.11 |
| 2W13104 | 1 | .375" x .625" | $228.73 | $228.73 | $160.11 |
| 206L91 | 2 | Ø 1.910" | $286.75 | $573.50 | $401.45 |
| 210L91 | 1 | Ø 1.910" | $227.89 | $227.89 | $159.52 |
| 219451 | 2 | used for P2 punch inserts | $119.41 | $238.82 | $167.17 |
| 207P7A02 | 1 | .236" x .787" | $68.95 | $68.95 | $48.27 |
| 2015404 | 1 | .156" x .250" | $195.09 | $195.09 | $136.56 |
| shear | 3 | shear blades | $2,800.00 | $8,400.00 | $5,880.00 |
| 2063002 | 2 | .875" w/ .014" clr. | $125.93 | $251.86 | $176.30 |
| SALVAGNINI | 1 | 8MM BRUSH INSERT FOR 33MM | $2.22 | $444.00 | $310.80 |
| SALVAGNINI | 1 | 13MM BRUSH INSERT | $1.33 | $133.00 | $93.10 |
| SALVAGNINI | 1 | shear blades (new style) | $5,500.00 | $5,500.00 | $3,850.00 |
| 210335 | 1 | standard style P7 stripper plate | $27.94 | $27.94 | $19.56 |

| SAMPLE | 1 | punch, (2) stripper plates, die 33mm | $0.00 | $0.00 | $0.00 |
| 201L02 | 1 | .750" square indexed @ 45 degrees | $173.00 | $173.00 | $121.10 |
| 206I02 | 1 | .750" sq. indexe @ 45 / +.018" CL | $155.00 | $155.00 | $108.50 |
| SALVAGNINI | 1 | shear blades (new style) | $3,847.33 | $3,847.33 | $2,693.13 |
| 643703 | 5 | PUNCH 643703 | $300.94 | $1,504.70 | $1,053.29 |
| | | | Total | $32,545.88 | $22,782.11 |



## Amada Machine Samples

| P/N | QTY | TOOL DESCRIPTION | COST | QUICK SALE |
|---|---|---|---|---|
| 498B00 | 2 | PASS ALPHA SYS. HEAD | $280.00 | $186.00 |
| 422B03 | 1 | 5X30MM PUNCH BODY | $108.00 | $75.60 |
| 431B03 | 1 | 5X30MM PUNCH GUIDE W/REPLACABLE STRIPPER | $135.00 | $94.50 |
| 498400 | 1 | PASS ALPHA SYS. HEAD | $131.00 | $91.70 |
| 441B03 | 3 | 5.3X30.3MM DIES | $284.00 | $198.80 |
| 412AH04 | 1 | .197"X.492" HEAVY LOAD PUNCH ASSY. | $274.00 | $191.80 |
| 412AA02 | 1 | .315" SQUARE THIN TURRET PUNCH | $320.00 | $224.00 |
| | | | $1,532.00 | $1,062.40 |



## Trumpf Machine Samples

| P/N | QTY | TOOL DESCRIPTION | LIST PRICE | QUICK SALE |
|---|---|---|---|---|
| 101112 | 1 | .472" SQUARE PUNCH TIN COATED | $89.00 | $62.30 |
| 101112 | 1 | .472" SQUARE PUNCH TICN COATED | $89.00 | $62.30 |
| 101112 | 1 | .472" SQUARE PUNCH NITRIED COATED | $89.00 | $62.30 |
| 101112 | 1 | .472" SQUARE PUNCH T | $69.00 | $48.30 |
| 119B01 | 1 | PUNCH CHUCK | $72.00 | $50.40 |
| 107B01 | 1 | 6.3MM PUNCH INSERT ROUND | $14.00 | $9.80 |
| 118101 | 1 | ADJUSTING RING PASS FIT | $110.00 | $77.00 |
| 1S013812 | 1 | PU SPRING FOR DBL. BRIDGE TOOL | $44.00 | $30.80 |
| 106112 | 1 | .480" SQUARE DIE | $66.00 | $46.20 |
| 507003 | 1 | DBL.BRIDGE TOOL PUNCH/DIE | $1,975.00 | $1,382.50 |
| 1S039122 | 1 | .197"X2.205" SLITTING TOOL PUNCH | $72.00 | $50.40 |
| 1S17252 | 1 | .205"X2.215" SLITTING PLATE | $61.00 | $42.70 |
| 1S1730 | 1 | SLITTING PLATE ADAPTER | $268.00 | $187.60 |
| | | | $3,018.00 | $2,112.60 |

EXHIBIT
M

# CARRYOVER DATA TO 2018

| Name | Employer Identification Number |
|------|-------------------------------|
| PASS TOOLING, INC | 38-3363459 |

Based on the information provided with this return, the following are possible carryover amounts to next year.

| | |
|---|---|
| FEDERAL NET POSITIVE ACE ADJUSTMENT | 1,685. |
| FEDERAL NET OPERATING LOSS | 467,541. |
| FEDERAL AMT NET OPERATING LOSS | 449,578. |
| MI NET OPERATING LOSS | 132,943. |

719341
04-01-17